IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 10-19692-elf |
|---|---|
| DANIEL L. WALKER and KAREN E. WALKER, | Chapter 13 |
| Debtors, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access to Proof of Claim 11-3 **(No. 11-3)** Notice of Mortgage Payment Change under Claim 11 **(No. 11-1)** filed by **Ditech Financial, LLC for Bank of New York Mellon**;

**AND**, the Court concluding that the subject Proof of Claim (No. 11-3) and Notice of Mortgage Payment Change under Claim 11 (including attachments) **(No. 11-1)** fail to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to the **Proof of Claim (No. 11-3) Notice of Mortgage Payment Change under Claim 11 (No. 11-1) forthwith**.

**Ditech Financial, LLC for Bank of New York Mellon** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 2, 2017.

Dated: 1/19/17

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**