United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Daniel L Walker  
Karen E Walker  
      Debtors

Case No. 10-19692-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: DonnaR      Page 1 of 1      Date Rcvd: Jan 20, 2017  
                      Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2017.  
db/jdb         +Daniel L Walker,    Karen E Walker,    912 S. 50th Street,    Philadelphia, PA 19143-3304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/Text: bankruptcy.bnc@ditech.com Jan 21 2017 01:58:46      Ditech Financial LLC,  
            1400 Turbine Dr Ste 200,    Rapid City, SD 57703-4719

                                                                                                                   TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2017                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2017 at the address(es) listed below:

            Ann Lisa Smith     on behalf of Creditor    Ditech Financial LLC ann.smith@gtservicing.com  
            CHANDRA M. ARKEMA     on behalf of Creditor    Capital One Auto Finance pabk@logs.com  
            DANIELLE BOYLE-EBERSOLE     on behalf of Creditor    Chase Home Finance, LLC, et al  
            debersole@hoflawgroup.com,    bbleming@hoflawgroup.com  
            GEOFFREY J KLIMAS     on behalf of Creditor    UNITED STATES OF AMERICA geoffrey.j.klimas@usdoj.gov,  
            eastern.taxcivil@usdoj.gov;robert.d.metcalfe@usdoj.gov  
            GEORGETTE MILLER     on behalf of Debtor Daniel L Walker info@georgettemillerlaw.com,  
            georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille  
            rlaw.com  
            GEORGETTE MILLER     on behalf of Joint Debtor Karen E Walker info@georgettemillerlaw.com,  
            georgettemillerlaw@gmail.com;MLee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille  
            rlaw.com  
            GLORIA M. JUNCADELLA     on behalf of    Internal Revenue Service  
            gloria.juncadella@irscounsel.treas.gov  
            HILARY B. BONIAL     on behalf of Creditor    BAC Home Loans Servicing LP  
            hbonial@nbsdefaultservices.com,    notice@bkcylaw.com  
            JOSHUA ISAAC GOLDMAN     on behalf of Creditor    The Bank of New York Mellon, Et Al...  
            bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
            KIMBERLY A. BONNER     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for  
            WaMu Series 2007-HE1 Trust amps@manleydeas.com  
            PETER J. ASHCROFT     on behalf of Creditor    Ditech Financial LLC pashcroft@bernsteinlaw.com,  
            pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd  
            rive.com  
            STUART ISAAC SEIDEN     on behalf of Creditor    Capital One Auto Finance siseiden@duanemorris.com,  
            pmackenzie@duanemorris.com  
            United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
            WILLIAM C. MILLER     ecfemails@ph13trustee.com,    philaecf@gmail.com  
            WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,  
            philaecf@gmail.com  
                                                                                             TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 10-19692-elf |
|---|---|
| DANIEL L. WALKER and KAREN E. WALKER, | Chapter 13 |
| Debtors, | Doc. No. |

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Restrict Access to Proof of Claim 11-3 **(No. 11-3)** Notice of Mortgage Payment Change under Claim 11 **(No. 11-1)** filed by **Ditech Financial, LLC for Bank of New York Mellon**;

**AND**, the Court concluding that the subject Proof of Claim (No. 11-3) and Notice of Mortgage Payment Change under Claim 11 (including attachments) **(No. 11-1)** fail to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to the **Proof of Claim (No. 11-3) Notice of Mortgage Payment Change under Claim 11 (No. 11-1) forthwith**.

**Ditech Financial, LLC for Bank of New York Mellon** shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** February 2, 2017.

Dated: 1/19/17

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**